

| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | ALEXANDER NOBLE<br>*Assistant Corporation Counsel*<br>phone: (212) 356-2357<br>fax: (212) 356-3508<br>email: anoble@law.nyc.gov |
|---|---|---|

April 18, 2016

**BY ECF**
Honorable Lois Bloom
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>Lucho Hunte v. City of New York, et al.</u>, 2016-CV-0188 (JBW)(LB)

Your Honor:

      I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney for defendants City of New York and Detective Ellerbe (hereinafter "defendants"). I write to respectfully request that the Court extend defendants' time to identify the John Doe defendants named in the Complaint from tomorrow, April 19, 2016, to April 22, 2016. As Your Honor is aware, by Order dated February 10, 2016, the Court directed the parties to be prepared to provide names, badge numbers, and service addresses by or before the initial conference." <u>See</u> Docket Entry dated February 10, 2016. Defendants are currently in the process of determining which additional officers, if any, were present during plaintiff's April 27, 2013 arrest, and respectfully request until April 22, 2016 to finalize their investigation. Plaintiff's counsel consents to this request.

      Respectfully submitted,

      */s/ Alexander Noble*

      Alexander Noble
      *Assistant Corporation Counsel*
      Special Federal Litigation Division

**BY ECF**
cc:    Ryan Lozar
      *Attorney for Plaintiff*